IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV314-H

| | |
|---|---|
| **NEWGEN TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **O R D E R** |
| ) | |
| **NOEL M. CORCORAN and THOMAS C.** ) | |
| **PLUMMER,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendants' "Motion for *Pro Hac Vice* Admission for Attorney Neal Devlin" (document #12) filed September 20, 2007. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 20, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge