IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV314-H

| | |
|---|---|
| **NEWGEN TECHNOLOGIES, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **NOEL M. CORCORAN and THOMAS C.** ) <br> **PLUMMER,** ) <br> ) <br> **Defendants.** ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Motion[s] for *Pro Hac Vice* Admission for Attorney[s] Bob Knowlton [and] Rich Lanzillo" (documents ##14-15), both filed September 21, 2007. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 21, 2007

Carl Horn, III
United States Magistrate Judge