# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV314-H

| | |
|---|---|
| **NEWGEN TECHNOLOGIES, INC.,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**NOEL M. CORCORAN, and THOMAS C. PLUMMER,**<br><br>      **Defendants.** | **ORDER** |

      Upon consideration of the Defendants' Motion to Establish Deadline for Plaintiff to Obtain Replacement Counsel, it is hereby **ORDERED** that said Motion is **GRANTED**.

      It is further **ORDERED** that counsel for Plaintiff (Samuel L. Poole, Jr.) is granted leave to withdraw as counsel and that Plaintiff shall secure replacement counsel, who shall file an entry of appearance within twenty-one (21) days of the date of this Order. In the event Plaintiff does not secure replacement counsel within this period of time, Defendants may submit a further motion requesting appropriate relief based upon the failure of Plaintiff to be represented in this matter.

      **SO ORDERED.**

      Signed: April 7, 2008

_____
Carl Horn, III
United States Magistrate Judge